# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**JENNIFER ANN LYNN,**
Appellant,

v.

**EVERETT EUGENE LYNN,**
Appellee.

No. 4D22-1264

[April 27, 2023]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 312021DR000520

Joni L. Mazzola of Rooney & Rooney, P.A., Vero Beach, for appellant.

Margaret Keys McCain of Margaret Keys McCain, P.A., Vero Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, MAY and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***